UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AL WURTH, ANNETTE WURTH, ROBERT McCLELLAND and MARYLOU McCLELLAND, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF NEVADA, DIVISION OF FORESTRY, ELKO COUNTY, SPRING CREEK VOLUNTARY FIRE DEPARTMENT, RODNEY MOTHERSHED and RHONDA POWRIE, <br><br> Defendants. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLIANT** <br><br><br> CASE NO. 3:07-CV-00257 |

**THIS MATTER** having come before this Court upon Plaintiffs' Ex Parte Motion

for Extension of Time to serve Defendants based on FRCP (4)(m); there being good cause

1

therefore:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is granted and Plaintiffs' have ninety (90) days from the date of entry of this Order to serve the Defendants in this case.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  September 11, 2008