1

2

3

4       ˙

5

6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **FOR THE DISTRICT OF NEVADA**
9

10      _____

11      **UNITED STATES OF AMERICA,**
        *ex rel.* **AL WURTH, ANNETTE WURTH,**
12      **ROBERT McCLELLAND and**                    CASE NO: 3:07CV00257
        **MARYLOU McCLELLAND,**
13
                              **Plaintiffs,**
14
        **v.**
15
        **STATE OF NEVADA, DIVISION OF**
16      **FORESTRY, ELKO COUNTY,**
        **SPRING CREEK VOLUNTARY**
17      **FIRE DEPARTMENT,**
        **RODNEY MOTHERSHED and**
18      **RHONDA POWRIE,**

19                            **Defendants**.

20      _____/

21
                **STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFFS**
22              **TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

23          **COMES NOW,** Plaintiffs above-named, by and through their attorney, **DAVID**

24      **D. LOREMAN, ESQ.**, **STATE OF NEVADA, DIVISION OF FORESTRY**, by and

25      through its attorney of record, **ROBERT KILROY**, Deputy Attorney General, and

26      **ELKO COUNTY, SPRING CREEK VOLUNTARY FIRE DEPARTMENT,**

27      **RODNEY MOTHERSHED and RHONDA POWRIE**, by and through their attorney of

28      record, **BRENT T. KOLVET, ESQ.,** and hereby stipulated and agree that Plaintiffs shall

**DAVID D. LOREMAN, CHTD.**
ATTORNEY AND COUNSELOR
445 Fifth Street, Suite 210
Elko, NV 89801
(775) 738-6606 <> FAX: (775)738-6873

1

1   have until March 31, 2009, to file their Response to Elko County, Spring Creek Voluntary

2   Fire Department, Rodney Mothershed and Rhonda Powrie's Motion to Dismiss.

3            DATED this 25 day of Feb                    , 2009.

4                                               **DAVID D. LOREMAN, CHTD.**
                                                445 Fifth Street, Suite 210
5                                               Elko, Nevada   89801
                                                (775) 738-6606
6
                                                By
7                                                     **DAVID D. LOREMAN, ESQ.**
                                                     Nevada Bar No.  3867
8                                                     Attorney for Plaintiffs

9            DATED this _____ day of _____, 2009.

10                                              **CATHERINE CORTEZ MASTO**
                                                Attorney General
11

12                                              By_____
                                                     **ROBERT G. KILROY, ESQ.**
13                                                   Nevada Bar No.  8529
                                                     Deputy Attorney General
14                                                   100 North Carson Street
                                                     Carson City, NV   89701
15                                                   (775) 684-1231
                                                     *Attorney for Defendant, State*
16                                                   *of Nevada Forestry Division*

17           DATED this _____ day of _____, 2009.

18                                              **THORDAL, ARMSTRONG, DELK,**
                                                **BALKENBUSH & EISINGER**
19                                              6590 S. McCarran Blvd., Suite B
                                                Reno, Nevada   89509
20

21                                              By_____
                                                     **BRENT T. KOLVET, ESQ.**
22                                                   Nevada Bar No.  1597
                                                     Attorney for Defendants
23                                                   *Elko County, Spring Creek*
                                                     *Voluntary Fire Department,*
24                                                   *Rodney Mothershed and*
                                                     *Rhonda Powrie*

25

26

27

28

DAVID D. LOREMAN, CHTD.
ATTORNEY AND COUNSELOR
445 Fifth Street, Suite 210
Elko, NV  89801
(775) 738-6606 <> FAX: (775)738-6873

2

1  have until March 31, 2009, to file their Response to Elko County, Spring Creek Voluntary

2  Fire Department, Rodney Mothershed and Rhonda Powrie's Motion to Dismiss.

3       DATED this _____ day of _____, 2009.

4
5
6
                            **DAVID D. LOREMAN, CHTD.**
                            445 Fifth Street, Suite 210
                            Elko, Nevada  89801
                            (775) 738-6606

7                              By_____
8                                  **DAVID D. LOREMAN, ESQ.**
                                Nevada Bar No. 3867
                                Attorney for Plaintiffs

9       DATED this 24 day of Feb _____, 2009.

10                              **CATHERINE CORTEZ MASTO**
11                              Attorney General

12                              By_____
13                                  **ROBERT C. KILROY, ESQ.**
                                Nevada Bar No. 8529
14                                  Deputy Attorney General
                                100 North Carson Street
15                                  Carson City, NV  89701
                                (775) 684-1231
16                                  *Attorney for Defendant, State*
                                *of Nevada Forestry Division*

17       DATED this _____ day of _____, 2009.

18                              **THORDAL, ARMSTRONG, DELK,**
19                              **BALKENBUSH & EISINGER**
                            6590 S. McCarran Blvd., Suite B
20                              Reno, Nevada  89509

21                              By_____
22                                  **BRENT T. KOLVET, ESQ.**
                                Nevada Bar No. 1597
23                                  Attorney for Defendants
                                *Elko County, Spring Creek*
24                                  *Voluntary Fire Department,*
                                *Rodney Mothershed and*
25                                  *Rhonda Powrie*

26
27
28

DAVID D. LOREMAN, CHTD.
ATTORNEY AND COUNSELOR
445 Fifth Street, Suite 210
Elko, NV  89801
(775) 738-6606 — FAX: (775)738-6213

2

1   have until March 31, 2009, to file their Response to Elko County, Spring Creek Voluntary

2   Fire Department, Rodney Mothershed and Rhonda Powrie's Motion to Dismiss.

3          DATED this _____ day of _____, 2009.

4                                          **DAVID D. LOREMAN, CHTD.**
                                           445 Fifth Street, Suite 210
5                                          Elko, Nevada  89801
                                           (775) 738-6606
6
                                           By_____
7                                             **DAVID D. LOREMAN, ESQ.**
                                              Nevada Bar No. 3867
8                                             Attorney for Plaintiffs

9          DATED this _____ day of _____, 2009.

10                                         **CATHERINE CORTEZ MASTO**
                                           Attorney General
11

12                                         By_____
                                              **ROBERT G. KILROY, ESQ.**
13                                            Nevada Bar No. 8529
                                              Deputy Attorney General
14                                            100 North Carson Street
                                              Carson City, NV  89701
15                                            (775) 684-1231
                                              *Attorney for Defendant, State*
16                                            *of Nevada Forestry Division*

17         DATED this 24 day of February, 2009.

18                                         THORDAL, ARMSTRONG, DELK,
                                           **BALKENBUSH & EISINGER**
19                                         6590 S. McCarran Blvd., Suite B
                                           Reno, Nevada  89509
20

21                                         By_____
                                              **BRENT T. KOLVET, ESQ.**
22                                            Nevada Bar No. 1597
                                              Attorney for Defendants
23                                            *Elko County, Spring Creek*
                                              *Voluntary Fire Department,*
24                                            *Rodney Mothershed and*
                                              *Rhonda Powrie*

25

26

27

28

DAVID D. LOREMAN, CHTD.
ATTORNEY AND COUNSELOR
445 Fifth Street, Suite 210
Elko, NV 89801
(775) 738-6606  ◇  FAX: (775)738-6613

2

1

**IT IS SO ORDERED:**

2

DATED this 27th day of February, 2009.

3



4

_____

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DAVID D. LOREMAN, CHTD.**
ATTORNEY AND COUNSELOR
445 Fifth Street, Suite 210
Elko, NV 89801
(775) 738-6606 ◇ FAX: (775)738-6873

3