TONY WEST
Assistant Attorney General
DANIEL G. BOGDEN
United States Attorney for the
District of Nevada
GREG ADDINGTON
Nevada Bar No. 6875
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone: (775) 784-5438
Facsimile: (775) 784-5181
JOYCE R. BRANDA
PATRICIA R. DAVIS
ARNOLD M. AUERHAN
Attorneys, Civil Division
United States Dept. of Justice
Commercial Litigation Branch
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0278
Facsimile: (202) 305-7797

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* AL WURTH, ANNETTE WURTH, ROBERT McCLELLAND and MARYLOU McCLELLAND,, <br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>STATE OF NEVADA, DIVISION OF FORESTRY, ELKO COUNTY, SPRING CREEK VOLUNTARY FIRE DEPARTMENT, RODNEY MOTHERSHED and RHONDA POWRIE,<br><br>　　　　　　　Defendants. | Civil Case No:<br>3:07CV00257 |

## ORDER

Upon consideration of the parties' Stipulated Dismissal (Docket No. 57), and the Consent by the United States to Dismissal Without Prejudice, filed pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1),

It is hereby ORDERED that this action be and hereby is DISMISSED <u>without</u> prejudice as to the United States.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____July 26, 2010_____

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2010, a copy of the foregoing Consent by the United States to Dismissal Without Prejudice, and Proposed Order, was served on counsel of record through the Court's CM/ECF notice system to:

> David D. Loreman, Esq.
> 445 Fifth Street, Suite 210
> Elko, NV 89803
> (775) 738-6606
>
> Kristen R. Geddes, Esq.
> Office of the Attorney General
> 100 N. Carson Street
> Carson City, NV 89701-4717
> (775) 684-1231
>
> Brent T. Kolvet, Esq.
> Thorndal Armstrong Delk, et al
> 6590 South McCarran Blvd, Suite B
> Reno, NV 89509

　　　　　　　　　　/s/ Greg Addington
　　　　　　　　　　GREG ADDINGTON
　　　　　　　　　　Nevada Bar No. 6875
　　　　　　　　　　Assistant United States Attorney